EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FORSYTH COUNTY, GEORGIA
23CV-1994-1
Judge Jeffrey S. Bagley
DEC 15, 2023 02:50 PM
Greg G. Allen, Clerk
Forsyth County, Georgia

# General Civil and Domestic Relations Case Filing Information Form

☑ Superior or ☐ State Court of Forsyth County

**For Clerk Use Only**

**Date Filed** 12-15-2023 **Case Number** 23CV-1994-1
**MM-DD-YYYY**

| **Plaintiff(s)** | | | | | **Defendant(s)** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Uriostegui, Maribel | | | | | Walmart Inc. | | | | |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** Essa, Julie **Bar Number** 773219 **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_______________ Case Number _______________ Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☑ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

Spanish **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

# SUPERIOR COURT OF FORSYTH COUNTY
# STATE OF GEORGIA

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FORSYTH COUNTY, GEORGIA
**23CV-1994-1**
Judge Jeffrey S. Bagley
DEC 15, 2023 02:50 PM

Greg G. Allen, Clerk
Forsyth County, Georgia

CIVIL ACTION NUMBER 23CV-1994-1

Uriostegui, Maribel

**PLAINTIFF**

**VS.**

Walmart Inc.

**DEFENDANT**

## SUMMONS

TO: WALMART INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Julie Essa**
**Essa, Janho & Associates, LLC**
**2470 Windy Hill Rd**
**Suite 165**
**Marietta, Georgia 30067**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 15th day of December, 2023.**

Clerk of Superior Court

Greg G. Allen, Clerk
Forsyth County, Georgia

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FORSYTH COUNTY, GEORGIA
23CV-1994-1
Judge Jeffrey S. Bagley
DEC 15, 2023 02:50 PM
Greg G. Allen, Clerk
Forsyth County, Georgia

**IN THE SUPERIOR COURT OF FORSYTH COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| MARIBEL URIOSTEGUI, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | |
| vs. | ) | |
| | ) | |
| WALMART INC. | ) | |
| Defendant. | ) | |

**PREMISES LIABILITY COMPLAINT FOR DAMAGES**

COMES NOW MARIBEL URIOSTEGUI, and brings this Complaint for Damages, and shows the Court the following:

1.

The Plaintiff MARIBEL URIOSTEGUI is and, at all times material to this action, was a resident of the State of Georgia.

2.

The Defendant WALMART INC. ("Defendant" or "Walmart"), is a foreign profit corporation, organized and existing under the laws of the State of Delaware, and authorized to transact business in the State of Georgia. Walmart may be served with a copy of this Complaint and Summons via its registered agent, The Corporation Company (FL), 106 Colony Park Drive, Suite 800-B, Cumming, Georgia 30040-2794 in Forsyth County, Georgia and is subject to the jurisdiction and venue of this court.

3.

At all times mentioned herein, Defendant Walmart either independently or jointly owned, operated, controlled and managed the Walmart Supercenter Store 1181 (hereinafter "Walmart Store") located at 1785 Cobb Parkway SE, Marietta, Georgia 30060.

4.

On or about November 17, 2022, Plaintiff was a lawful invitee at the Walmart Store while shopping in the store.

5.

On November 17, 2022, Plaintiff traversed the produce aisle when she slipped and fell on smashed grapes that were left on the ground.

6.

Plaintiff was severally injured as a result of the fall.

7.

Plaintiff exercised ordinary care and diligence at all times herein and under the circumstances then existing.

**COUNT ONE:**

**NEGLIGENCE OF DEFENDANT WALMART**

Plaintiff hereby incorporates and realleges paragraphs one through nine (1-7) of Plaintiff's Complaint as if fully set forth herein, and further alleges as follows:

8.

The smashed grapes left on the ground occurred as a direct and proximate result of Defendant Walmart's negligence, failure to exercise reasonable care, and disregard for the safety of others.

9.

Defendant Walmart was negligent in one or more of the following respects:

(a) It failed to exercise reasonable care inspecting the premises to prevent injury to invitees;

(b) It failed to exercise reasonable care in maintaining the premises to prevent injury to invitees, especially Plaintiff Maribel Uriostegui;

(c) It failed to keep the premises safe pursuant to O.C.G.A. §51-3-1; and

(d) It failed to warn Plaintiff of the defective and dangerous condition created by the smashed grapes being left on the ground.

10.

Plaintiff Maribel Uriostegui was Defendant's invitee by virtue of her status as entering Defendant's premises for business purposes.

11.

Prior to and on November 17, 2022, the smashed grapes that were left on the ground at the Walmart Store was negligently maintained, inspected and managed by Defendant Walmart.

12.

Defendant Walmart knew or should have known that the smashed grapes were left on the ground for an unreasonable time because the grapes were not securely put in their bags and had fallen to the ground due to patrons putting their bag of grapes in their carts.

13.

At all times, Defendant Walmart had a legal duty to keep the premises in a safe condition and prevent from willful and wanton injury with due regard of their invitees, including Plaintiff.

14.

Defendant Walmart is liable for the injuries suffered by Plaintiff.

15.

As a result of Defendant's negligence, Plaintiff is entitled to recover for the injuries sustain, pain and suffering, the costs of past and future care and treatment, medical transportation costs, and all other elements of damages as allowed under the laws of the State of Georgia, including special damages, compensatory damages, consequential damages, and economic damages in the amount of at least **ONE HUNDRED FOURTEEN THOUSAND EIGHT HUNDRED DOLLARS AND THIRTY-NINE CENTS ($114,800.39)**, to date and continuing.

16.

As a result of Defendant's negligence, Plaintiff is entitled to recover for lost wages in the amount of **TWENTY-FIVE THOUSAND ONE HUNDRED SIXTY DOLLARS AND 00/100 CENTS ($25,160.00),** to date.

17.

Also, as a result of the negligence of Defendant, Plaintiff has endured, and continues to endure, mental, physical, and nervous pain and suffering. There is reasonable probability that the injuries will result in some permanent disability and impairment to Plaintiff.

18.

All of the losses, damages, past, present and prospective to Plaintiff were, are, and will be due to the negligence and carelessness of Defendant Walmart.

**COUNT TWO:**

**ATTORNEY'S FEES**

Plaintiff hereby incorporates and realleges paragraphs one through forty-four (1-18) of Plaintiff's Complaint as if fully set forth herein and further alleges as follows:

19.

Plaintiff, MARIBEL URIOSTEGUI, is entitled to attorney's fees, costs of litigation and expenses under O.C.G.A. § 13-6-11 because the Defendant has been stubbornly litigious and have caused the Plaintiff unnecessary trouble and expense of litigation.

**WHEREFORE**, Plaintiff respectfully demands:

(a) A jury trial on all issues;

(b) Service of the Summons and Complaint to be issued against the Defendant according to law;

(c) Judgment against the Defendant for medical special damages incurred by Plaintiff in the amount of at least **ONE HUNDRED FOURTEEN**

**THOUSAND EIGHT HUNDRED DOLLARS AND THIRTY-NINE CENTS ($114,800.39),** to date and continuing;

(d) Judgment against the Defendant for Plaintiff's lost wages in the amount of **TWENTY-FIVE THOUSAND ONE HUNDRED SIXTY DOLLARS AND 00/100 CENTS ($25,160.00),** to date;

(e) Judgement against the Defendant for general damages in an amount to be determined by the enlightened conscience of an impartial jury;

(f) Judgment against the Defendant for punitive damages;

(g) Attorney's fees, expenses and costs of litigation incurred in this action;

(h) The award of pre-judgment and post-judgment interest on the damages awarded Plaintiff pursuant to O.C.G.A. § 51.12.14; and

(i) Such other and further relief as this Court deems just and proper.

This 14th day of December, 2023.

Julie M. Essa, Esq.

Julie M. Essa, Esq.
Georgia Bar No. 773219
Noor E. Janho, Esq.
Georgia Bar No. 728171
Attorneys for Plaintiff

ESSA, JANHO & ASSOCIATES, LLC
2470 Windy Hill Road, Suite 165
Marietta, Georgia 30067
Telephone: (770) 955-8322
Facsimile: (770) 955-8324
jessalaw@comcast.net
noor_janho@hotmail.com

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FORSYTH COUNTY, GEORGIA
23CV-1994-1
Judge Jeffrey S. Bagley
DEC 15, 2023 02:50 PM
Greg G. Allen, Clerk
Forsyth County, Georgia

IN THE SUPERIOR COURT OF FORSYTH COUNTY

STATE OF GEORGIA

MARIBEL URIOSTEGUI, )
Plaintiff, )
) CIVIL ACTION FILE
vs. ) FILE NO:
)
WALMART INC. )
Defendant. )
)

## VERIFICATION

Personally appeared before me, the undersigned officer duly authorized to administer oaths, MARIBEL URIOSTEGUI, who after being duly sworn, deposes and states that all of the facts set forth in the foregoing *PREMISES LIABILITY COMPLAINT FOR DAMAGES* are true and correct.

This the 14 day of 12, 2023.

Maribel Uriostegui
MARIBEL URIOSTEGUI

Sworn to and subscribed before me
this the 14th day of December, 2023.

Notary Public

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FORSYTH COUNTY, GEORGIA
23CV-1994-1
Judge Jeffrey S. Bagley
JAN 10, 2024 11:30 AM
Greg G. Allen, Clerk
Forsyth County, Georgia

**IN THE SUPERIOR COURT OF FORSYTH COUNTY
STATE OF GEORGIA**

MARIBEL URIOSTEGUI,

Plaintiff,

v.

WALMART, INC.,

Defendant.

______________________________________/

Civil Action File No. 23CV-1994-1

**ANSWER OF DEFENDANT**

COMES NOW, Defendant WALMART, INC., and makes this Answer to Plaintiff's Complaint as follows:

FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief can be granted.

SECOND DEFENSE

Plaintiff's alleged damages, if any, were directly and proximately caused by Plaintiff's own contributory negligence and failure to exercise ordinary care.

THIRD DEFENSE

Plaintiff was not in the exercise of ordinary care for her own safety in the premises, and by the exercise of ordinary care could have avoided any injury to herself; and on account thereof, Plaintiff is not entitled to recover from Defendant.

FOURTH DEFENSE

Defendant denies that it was negligent in any manner whatsoever or that any negligent act or omission on its part caused or contributed to any injury or damage alleged to have been sustained by Plaintiff.

FIFTH DEFENSE

Plaintiff assumed the risk of any hazard that was presented and is thereby barred from recovering against Defendant.

SIXTH DEFENSE

Plaintiff's claims for attorney's fees should be dismissed as a matter of law.

SEVENTH DEFENSE

Defendant responds to the enumerated paragraphs of Plaintiff's Complaint as follows:

1.

Defendant lacks sufficient knowledge and information to either admit or deny the allegations contained in paragraph 1 of Plaintiff's Complaint.

2.

Defendant denies the allegations contained in paragraph 2 of the Plaintiff's Complaint. Defendant admits that it is a Delaware corporation and that its registered agent for service of process is The Corporation Company (FL), 106

Colony Park Drive, Suite 800-B, Cumming, Georgia, 30040, Forsyth County, Georgia.

3.

Defendant denies the allegations contained in paragraph 3 of the Plaintiff's Complaint. Wal-Mart Stores East LP was the sole operator of the premises for Walmart Store #1181, located at 1785 Cobb Parkway SE, Marietta, Georgia.

4.

Defendant denies the allegations contained in paragraph 4 of the Plaintiff's Complaint. The applicable statute and caselaw speak for themselves.

5.

Defendant denies the allegations contained in paragraph 5 of Plaintiff's Complaint.

6.

Defendant denies the allegations contained in paragraph 6 of the Plaintiff's Complaint.

7.

Defendant denies, as stated, the allegations contained in paragraph 7 of the Plaintiff's Complaint.

8.

Defendant re-alleges and incorporates Paragraphs 1 through 7 above as if fully set forth. Defendant denies the allegations contained in paragraph 8 of Plaintiff's Complaint.

9.

Defendant denies the allegations contained in paragraph 9 of the Plaintiff's Complaint. The applicable statute and caselaw speak for themselves.

10.

Defendant denies the allegations contained in paragraph 10 of the Plaintiff's Complaint. The applicable statute and caselaw speak for themselves.

11.

Defendant denies the allegations contained in paragraph 11 of the Plaintiff's Complaint.

12.

Defendant denies the allegations contained in paragraph 12 of the Plaintiff's Complaint.

13.

Defendant denies the allegations contained in paragraph 13 of the Plaintiff's Complaint. The relevant statute and caselaw speak for themselves.

14.

Defendant denies the allegations contained in paragraph 14 of the Plaintiff's Complaint.

15.

Defendant denies the allegations contained in paragraph 15 of the Plaintiff's Complaint.

16.

Defendant denies the allegations contained in paragraph 16 of the Plaintiff's Complaint.

17.

Defendant denies the allegations contained in paragraph 17 of the Plaintiff's Complaint.

18.

Defendant denies the allegations contained in paragraph 18 of the Plaintiff's Complaint.

19.

Defendant re-alleges and incorporates Paragraphs 1 through 18 above as if fully set forth. Defendant denies the allegations contained in paragraph 19 of Plaintiff's Complaint. The applicable statute and caselaw speak for themselves.

20.

All other allegations contained in the Complaint which are not specifically responded to herein, are, therefore, denied.

Defendant denies Plaintiff's prayer for relief, including all subparts thereof, (a) – (i).

WHEREFORE, Defendant prays that Plaintiff's Complaint be dismissed with all costs cast upon the Plaintiff. DEFENDANT DEMANDS TRIAL BY A JURY OF TWELVE (12) PERSONS AS TO ALL ISSUES SO TRIABLE.

This the 10th day of January, 2024.

McLAIN & MERRITT, P.C.



Jennie E. Rogers
Georgia Bar No. 612725
Attorney for Defendant
WALMART, INC.

3445 Peachtree Road, N.E., Suite 500
Atlanta GA 30326
(404) 365-4576
(404) 364-3138 (fax)
jrogers@mmatllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **ANSWER OF DEFENDANT WALMART, INC.** has this day been filed and served upon opposing counsel via PeachCourt.

This the 10th day of January, 2024.

McLAIN & MERRITT, P.C.

Jennie E. Rogers
Georgia Bar No. 612725
Attorney for Defendant
WALMART, INC.

3445 Peachtree Road, N.E., Suite 500
Atlanta GA 30326
(404) 365-4576
(404) 364-3138 (fax)
jrogers@mmatllaw.com

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FORSYTH COUNTY, GEORGIA
23CV-1994-1
Judge Jeffrey S. Bagley
JAN 10, 2024 11:30 AM
Greg G. Allen, Clerk
Forsyth County, Georgia

**IN THE SUPERIOR COURT OF FORSYTH COUNTY**
**STATE OF GEORGIA**

MARIBEL URIOSTEGUI,

Plaintiff,

v.

WALMART, INC.,

Defendant.

______________________________________/

Civil Action File No. 23CV-1994-1

**NOTICE OF TAKING DEPOSITION**

YOU ARE HEREBY notified that beginning on the 24th day of April, 2024, commencing at 11:00 a.m., at the offices of Essa, Janho & Associates, LLC, 2470 Windy Hill Road, Suite 165, Marietta, GA 30067, the deposition will be taken of Maribel Uriostegui. Said deposition will be taken for purposes of discovery and all other purposes provided by law before an officer duly authorized to administer oaths. The deposition shall continue from day-to-day until completion. This deposition may also be videotaped by a videographer.

This the 10th day of January, 2024.

McLAIN & MERRITT, P.C.

______________________________
Jennie E. Rogers
Georgia Bar No. 612725
Attorney for Defendant
WALMART, INC.

3445 Peachtree Road, N.E., Suite 500
Atlanta GA 30326
(404) 365-4576
(404) 364-3138 (fax)
jrogers@mmatllaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the within and foregoing **NOTICE OF TAKING DEPOSITION** has this day been filed and served upon opposing counsel via PeachCourt.

This the 10th day of January, 2024.

McLAIN & MERRITT, P.C.

Jennie E. Rogers
Georgia Bar No. 612725
Attorney for Defendant
WALMART, INC.

3445 Peachtree Road, N.E., Suite 500
Atlanta GA 30326
(404) 365-4576
(404) 364-3138 (fax)
jrogers@mmatllaw.com

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FORSYTH COUNTY, GEORGIA
23CV-1994-1
Judge Jeffrey S. Bagley
JAN 10, 2024 11:30 AM
Greg G. Allen, Clerk
Forsyth County, Georgia

**IN THE SUPERIOR COURT OF FORSYTH COUNTY**
**STATE OF GEORGIA**

MARIBEL URIOSTEGUI,

Plaintiff,

v.

WALMART, INC.,

Defendant.

Civil Action File No. 23CV-1994-1

______________________________/

## 12-PERSON JURY DEMAND

COMES NOW Defendant, WALMART, INC. and demands a trial by a jury of twelve (12) persons.

This the 10th day of January, 2024.

McLAIN & MERRITT, P.C.

______________________________
Jennie E. Rogers
Georgia Bar No. 612725
Attorney for Defendant
WALMART, INC.

3445 Peachtree Road, N.E., Suite 500
Atlanta GA 30326
(404) 365-4576
(404) 364-3138 (fax)
jrogers@mmatllaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the within and foregoing **12-PERSON JURY DEMAND** has this day been filed and served upon opposing counsel via PeachCourt.

This the 10th day of January, 2024.

McLAIN & MERRITT, P.C.

Jennie E. Rogers
Georgia Bar No. 612725
Attorney for Defendant
WALMART, INC.

3445 Peachtree Road, N.E., Suite 500
Atlanta GA 30326
(404) 365-4576
(404) 364-3138 (fax)
jrogers@mmatllaw.com

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FORSYTH COUNTY, GEORGIA
23CV-1994-1
Judge Jeffrey S. Bagley
JAN 10, 2024 11:30 AM
Greg G. Allen, Clerk
Forsyth County, Georgia

**IN THE SUPERIOR COURT OF FORSYTH COUNTY**
**STATE OF GEORGIA**

MARIBEL URIOSTEGUI,

Plaintiff,

v.

WALMART, INC.,

Defendant.

Civil Action File No. 23CV-1994-1

_____________________________________/

**CERTIFICATE REGARDING DISCOVERY**

Pursuant to Uniform State Court Rule 5.2, as amended, the undersigned hereby certifies that the following discovery has been served upon all persons identified in the Certificate of Service attached hereto and incorporated herein by reference:

1) DEFENDANT'S REQUEST FOR ADMISSIONS TO PLAINTIFF
2) DEFENDANT'S INTERROGATORIES AND REQUEST FOR PRODUCTION TO PLAINTIFF

This the 10th day of January, 2024.

McLAIN & MERRITT, P.C.

_____________________________
Jennie E. Rogers
Georgia Bar No. 612725
Attorney for Defendant
WALMART, INC.

3445 Peachtree Road, N.E., Suite 500
Atlanta GA 30326
(404) 365-4576
(404) 364-3138 (fax)
jrogers@mmatllaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing **CERTIFICATE REGARDING DISCOVERY** has this day been filed and served upon opposing counsel via PeachCourt.

This the 10th day of January, 2024.

McLAIN & MERRITT, P.C.

Jennie E. Rogers
Georgia Bar No. 612725
Attorney for Defendant
WALMART, INC.

3445 Peachtree Road, N.E., Suite 500
Atlanta GA 30326
(404) 365-4576
(404) 364-3138 (fax)
jrogers@mmatllaw.com

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FORSYTH COUNTY, GEORGIA
23CV-1994-1
Judge Jeffrey S. Bagley
JAN 10, 2024 12:44 PM
Greg G. Allen, Clerk
Forsyth County, Georgia

**IN THE SUPERIOR COURT OF FORSYTH COUNTY**

**STATE OF GEORGIA**

| | | |
|---|---|---|
| **MARIBEL URIOSTEGUI,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **-versus-** | ) | **CIVIL ACTION** |
| | ) | **FILE NO.: 23CV-1994-1** |
| **WALMART INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## RULE 5.2 CERTIFICATE OF SERVICE

The undersigned attorney for Plaintiff hereby certifies that she has served a copy of the foregoing Plaintiff's Notice to Produce and First Continuing Request for Production of Documents to Defendant Walmart Inc., Plaintiff's First Interrogatories to Defendant Walmart Inc., and Plaintiff's First Request for Admissions of Fact to Defendant Walmart Inc. upon Defendant by and through Counsel:

Jennie E. Rogers, Esq.
McLain & Merritt, P.C.
3445 Peachtree Road, N.E., Suite 500
Atlanta, Georgia 30326
jrogers@mmatllaw.com

by U.S. First Class Mail, Statutory Electronic Filing, by Hand Delivery or Statutory Electronic Service.

This the 10th day of January, 2024.

ESSA, JANHO & ASSOCIATES, L.L.C.

***/S/ Julie M. Essa, Esq.***

Julie M. Essa, Esq.
State Bar of GA 773219
Noor E. Janho, Esq.
State Bar of GA 728171
Attorneys for Plaintiff

2470 Windy Hill Road
Suite 165
Marietta, GA 30067
Telephone: 770 – 955 - 8322
Facsimile: 770 – 955 – 8324

**CERTIFICATE OF SERVICE**

This is to certify that I have served counsel of record a copy of the foregoing **Certificate of Service of Discovery Requests** by placing a copy of the same in U.S. First Class Mail properly addressed with adequate postage thereon to or Statutory Electronic Service:

Jennie E. Rogers, Esq.
McLain & Merritt, P.C.
3445 Peachtree Road, N.E., Suite 500
Atlanta, Georgia 30326
jrogers@mmatllaw.com

This the 10th day of January, 2024.

***/S/ Julie M. Essa______***
Julie M. Essa
State Bar of GA 773219
Noor E. Janho
State Bar of GA 728171
Attorneys for Plaintiff

2470 Windy Hill Road
Suite 165
Marietta, GA 30067
Telephone: 770 – 955 – 8322
Facsimile: 770 – 955 – 8324